Andrea Banks, CSBN 275286
Law office of Andrea Banks, LLC
1819 SW 5th Avenue, #281
Portland, OR 97201
Tel: 971-351-6036
Fax: 971-351-9550
Andrea@BanksDisabilityLaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN R. PORTER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-05474-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

The parties stipulate through counsel that Plaintiff shall have an extension of time to file his opening brief in this case. In support of this request, Plaintiff respectfully states as follows:

1. Plaintiff's opening brief is currently due on October 25, 2026. Plaintiff has not previously requested an extension of this deadline.

2. Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, counsel currently has eight briefs due in multiple jurisdictions over the next 30 days, is moving her personal residence, and will be unavailable for much of next week due to a conference. As a result, counsel for Plaintiff requires additional time to properly prepare the opening brief.

3. In order to have sufficient time to properly review the administrative record in this matter and draft a comprehensive brief of the legal errors, counsel for Plaintiff requires additional time to prepare the opening brief.

4. Given the above, Plaintiff requests an extension of 30 days to file the opening brief.

5. Counsel for the Plaintiff has consulted with Defendant's counsel who advised that he has no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter. Counsel for Plaintiff will endeavor to file the opening brief prior to this extended deadline, if possible.

7. The new briefing schedule would be as follows: November 24, 2026 - Plaintiff's brief due; December 24, 2026 – Defendant's brief due; January 9, 2027 – Plaintiff's reply due.

WHEREFORE, Plaintiff requests until November 24, 2026, to file the opening brief in this matter.

Respectfully submitted,

Date: *October 9, 2026*

By: */s/ Andrea Banks*__
ANDREA BANKS
Attorney for Plaintiff

Date: *October 9, 2026*

By: */s/ Oscar Gonzalez de Llano**
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
(*as authorized by email on 10/8/26)

ORDER

Plaintiff's request for an extension of time is APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated: **October 9, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE